Howard Greenberg, Esq.
86 Court Street
Brooklyn, New York 11201
Office: 718-797-1800
Fax: 718-797-1855
Cell: 917-716-6416

Via ECF

October 16, 2015

Honorable Nicholas G. Garaufis
District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: USA v. Trevelle Merritt, 11-CR-303

Dear Judge Garaufis,

   At the last status conference the Court's instincts were correct when it suggested I might need more time to make submissions on behalf of the defendant. Due to my trial preparations schedule in the days after the last status conference I am requesting an additional 2 - 3 weeks to make submissions on behalf of the defendant; my office will follow up.

Very Truly Yours,

_Howard Greenberg_
Howard Greenberg, Esq.