

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG:DAL/MKM/MEL    *271 Cadman Plaza East*
F. #2011R00634     *Brooklyn, New York 11201*

November 4, 2015

By Hand and ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Trevelle Merritt
              Criminal Docket No. 11-303 (S-5) (NGG)

Dear Judge Garaufis:

      The government respectfully writes to advise the Court that relatives of Dasta James have provided the attached letters to be considered by the Court in connection with the sentencing of Trevelle Merritt on November 6, 2015.  As of this time, no victims have indicated an intention to speak at the sentencing.  The sister of Dasta James has requested, however, that the government read her prepared statement during the sentencing.  The government anticipates that other victims may be present for the sentencing, and may decide at that time that they wish to be heard.

      Respectfully submitted,

      ROBERT L. CAPERS
      United States Attorney

By:    /s/
      Darren LaVerne
      Kristin Mace
      Margaret Lee
      Assistant U.S. Attorneys
      (718) 254-7000

Enclosures (not filed on ECF)

cc:    Clerk of the Court (NGG) (by ECF)
       Defense Counsel (by ECF)