Howard Greenberg, Esq.
86 Court Street
Brooklyn, New York 11201
Office: 718-797-1800
Fax: 718-797-1855
Cell: 917-716-6416

November 5, 2015

<u>Via ECF</u>

Honorable Nicholas G. Garaufis
District Court Judge
Federal District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>Re: USA v. Hollenquest, et. al (11-CR-00303)</u>

Dear Judge Garaufis,

The defendant objects to Pretrial not standing by the original content of its report.

Very Truly Yours,

Howard Greenberg, Esq.